# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | | |
|---|---|---|
| ERIC REED, | : | |
| Plaintiff | : | |
| v. | : | 1:06-CV-126 (WLS) |
| LT. TOLBERT, CO II COX, | : | |
| Defendants. | : | |

## ORDER

Before the Court is a Recommendation from United States Magistrate Richard L. Hodge filed on January 14, 2008. (Doc. 13). It is recommended that Defendants Lt. Tolbert and Co II Cox's Motion for Summary Judgment[1] (Doc. 10) be granted. (Doc. 13). No objection has been filed.

In the Recommendation, it was found that Plaintiff failed to exhaust the administrative remedies available as required under the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a). (Doc. 13). Defendants presented affirmative evidence that Plaintiff failed to appeal the denial of his grievance. *Id*. Plaintiff failed, after notice, (*see* Doc. 12), and as required under Fed. R. Civ. Pro. 56(e), to submit any evidence to show that this issue is genuinely in dispute. (*See* Doc. 13).

Therefore, upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 13) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein, together with the findings made, reasons stated and conclusions reached herein. Accordingly, Defendant's Motion for Summary Judgment (Doc. 10) is **GRANTED**.

**SO ORDERED**, this __14th__ day of March, 2008.

        /s/W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,**
**UNITED STATES DISTRICT COURT**

---

[1] Formally a Motion to Dismiss converted by Magistrate Judge Hodge to a motion of summary judgment.

1